EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 18 2004

at 10 o'clock and 10 min. ⎯ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>              )<br>         Plaintiff,   )<br>              )<br>    vs.         )<br>              )<br>JOSE VELLEGAS-PENA,    )<br>              )<br>         Defendant.   )<br>_____) | CR. NO. CR04-00402 HG<br><br>INFORMATION<br>[49 U.S.C. §46506);<br>18 U.S.C. §113(a)(5)] |

INFORMATION

The United States Attorney for the District of Hawaii charges:

On or about June 26, 2004, in the Special Aircraft Jurisdiction of the United States, that is, American Airlines Flight #247, which departed Los Angeles, California, and arrived in Kona, Hawaii, and outside the jurisdiction of any particular

State or District, the defendant, JOSE VELLAGAS-PENA, did assault and intimidate a flight attendant, to wit, "R.F.".

All in violation of Title 49, United States Code, Section 46506 and Title 18, United States Code, Section 113(a)(5).

DATED: Honolulu, Hawaii, October 18, 2004.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

<u>UNITED STATES vs. JOSE VELLEGAS-PENA</u>
Cr. No.
"Information"

2